# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McMahon, Colleen | US District Court-Southern Dis | 08/14/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge-Active | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

500 Pearl Street
New York, NY 10007
Chambers 640 Moynihan Courthou

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. Trustee | Foundation #1 |
| 3. Advisory Council | Ohio State University |
| 4. Advisory Director | Festival Daniou |
| 5. Board of Visitors | University of California Law School at Irvine |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McMahon, Colleen** | 08/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | CSG Systems Inc-Director Fee |
| 2. | 2019 | Kohl's Department Stores Inc-Director Fee |
| 3. | 2019 | Tailwind Capital Group-Partner- Guaranteed Payment |
| 4. | 2019 | Safe Bulkers Inc -Director Fee |
| 5. | 2019 | Jet Blue Airways Corp-Director Fee |
| 6. | 2019 | Linx Partners LLC_Director Fee |
| 7. | 2019 | Morgan Stanley-Pension Income |
| 8. | 2019 | Tailwind Management LP-Partner-Guaranteed Payment |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell Law School | April 12-13,2019 | Ithaca, NY | 2019 Langfan Moot Court Competition | Transportation,Hotel ,Meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **McMahon, Colleen** | 08/14/2020 |

| 2. | Federal Bar Council | February 16-February 23,2019 | Maui, HI | Winter Bench & Bar Conference- Judicial Moderator | Transportation, Hotel, Meals |
| --- | --- | --- | --- | --- | --- |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **McMahon, Colleen** | 08/14/2020 |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McMahon, Colleen** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Thornburg Ltd. Term Muni. Fd Nat'l | A | Dividend | K | T | | | | | |
| 2. Thornberg Value Fund Class A Mut Fd. (IRA) | C | Dividend | P1 | T | | | | | |
| 3. MSCP III L.P. | | None | J | U | | | | | |
| 4. ▓▓▓▓ (1998 300,0000) | | None | N | R | | | | | |
| 5. ▓▓▓▓ (1998 300,000) | | None | N | R | | | | | |
| 6. Phoenix Life Ins (Trust # 1) (Whole Life Policy) | C | Dividend | M | T | | | | | |
| 7. Northwestern Mututal Life (Trust#1) (Whole Life Policy) | E | Dividend | O | T | | | | | |
| 8. Northwestern Mututal Life(Trust #1) (Whole Life Policy) | E | Dividend | N | T | | | | | |
| 9. CSG Systems International Inc.Com | D | Dividend | P1 | T | Buy (add'l) | 09/12/19 | M | | |
| 10. | | | | | Donated (part) | | | | |
| 11. Summit Mariner, LLC | | None | P1 | U | | | | | |
| 12. Summit Mariner LLC/JP Morgan Checking | | None | K | T | | | | | |
| 13. Rental # 1 /JPMorgan Checking N/C JP Morgan Checking | | None | K | T | | | | | See Note # 12 |
| 14. Rental # 2 ▓▓▓▓ (1999 $ 900,000) | F | Rent | P1 | R | | | | | |
| 15. Rental # 2/JP Morgan -Checking | A | Interest | K | T | | | | | |
| 16. JP Morgan(Checking)- | | None | M | T | | | | | |
| 17. Vacant Land ▓▓▓▓ (1999 $ 425,000 ) | | None | N | R | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McMahon, Colleen** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Trident Capital Fund V LP | | None | | | Sold | 12/31/19 | J | | |
| 19. ▓▓▓▓ Golf Partners LLC | | None | K | U | | | | | |
| 20. JP Morgan (Checking) | A | Interest | P1 | T | | | | | |
| 21. JK & B Capital IV QIP LP | | None | | | Sold | 12/31/19 | J | | |
| 22. JP Morgan Checking(Foundation #1) | A | Interest | J | T | | | | | |
| 23. Kinderhook Capital I LP | | None | L | U | Sold<br>(part) | 04/05/19 | K | | |
| 24. | | | | | Sold<br>(part) | 07/12/19 | K | | |
| 25. JP Morgan Tax Free MM Premier Sweep | C | Interest | P1 | T | | | | | |
| 26. Menemsha Captial Partners Ltd | | None | K | U | | | | | See Note # 2 |
| 27. CGI Partners,LP | | None | | | Sold | 01/02/19 | J | | |
| 28. Micell Technologies Inc.(Com) | | None | K | T | | | | | |
| 29. Linx Partners II LP | | None | N | U | | | | | |
| 30. SFM Participation II LP | | None | M | U | Sold<br>(part) | 09/25/19 | L | | |
| 31. Thornburg Core Growth Cl A (IRA) | E | Dividend | O | T | | | | | |
| 32. Jetblue (Com) | | None | O | T | | | | | |
| 33. Aisling Capital II LP | | None | M | U | | | | | |
| 34. J K & B Capital V LP | G | Distribution | P1 | U | Buy<br>(add'l) | 03/15/19 | J | | See Note # 1 |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McMahon, Colleen** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | Buy<br>(add'l) | 09/19/19 | L | | |
| 36. | | | | | | Sold<br>(part) | 03/19/19 | N | | |
| 37. | SEEF II LP | D | Distribution | P1 | U | | | | | See Note # 1 |
| 38. | Towerbrook Investors II Executive Fund LP | G | Distribution | M | U | Sold<br>(part) | 06/18/19 | M | | See Note # 1 |
| 39. | | | | | | Sold<br>(part) | 07/10/19 | M | | |
| 40. | | | | | | Buy<br>(add'l) | 06/18/19 | L | | |
| 41. | Trident VI LP | | None | N | U | | | | | |
| 42. | Kinderhook Capital Fund II LP | | None | O | U | Sold<br>(part) | 01/15/19 | M | | |
| 43. | | | | | | Sold<br>(part) | 12/19/19 | J | | |
| 44. | Kohls Corp (Com). | F | Dividend | P1 | T | Buy<br>(add'l) | 05/20/19 | N | | |
| 45. | | | | | | Donated<br>(part) | 03/20/19 | M | | See Note # 5 To line 435 |
| 46. | KPB Partners LP | | None | P1 | U | | | | | |
| 47. | Thornburg-Income Builder Cl 1 | C | Dividend | L | T | | | | | |
| 48. | Thornburg Global Opportunity Cl 1 | B | Dividend | L | T | | | | | |
| 49. | Thornburg CRE GWT (IRA) | F | Dividend | O | T | | | | | |
| 50. | Ironwood Management Partners Fund II LP | | None | O | U | | | | | |
| 51. | RGI Partners II B LP | G | Distribution | P1 | U | Sold<br>(part) | 01/31/19 | N | | See Note # 1 |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McMahon, Colleen** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 05/13/19 | K | | |
| 53. RGI Partners Ltd | G | Distribution | P1 | U | Sold<br>(part) | 02/07/19 | O | | See Note # 1 |
| 54. Tailwind Capital Partners LP | | | | | | | | | See Note # 4 |
| 55. --Apex Companies LLC | | None | J | U | Sold<br>(part) | 04/30/19 | K | | |
| 56. --Oceus Networks,Inc | | None | K | U | | | | | |
| 57. --Optimal Solutions Intergration Inc | | None | K | U | | | | | |
| 58. --Cumberland Consulting Group,LLC | | None | L | U | Sold<br>(part) | 04/30/19 | K | | |
| 59. Tailwind Management LP | G | Distribution | P1 | U | Sold<br>(part) | 12/30/19 | M | | See Note # 1 |
| 60. Tailwind Capital Partners (GP) LP | | | | | | | | | See Note # 4 |
| 61. --Apex Companies LLC | | None | O | U | Sold<br>(part) | 04/30/19 | L | | |
| 62. --Oceus Networks Inc. | | None | M | U | | | | | |
| 63. --Optimal | | None | M | U | | | | | |
| 64. --Cumberland Consulting Group LLC | | None | P1 | U | Sold<br>(part) | 04/30/19 | L | | |
| 65. Syndicate Holdings Corp(Com) | | None | | | Closed | 12/31/19 | | | See Note # 11 |
| 66. Safe Bulkers Inc(Com) | | None | N | T | Buy<br>(add'l) | 01/10/19 | K | | |
| 67. | | | | | Buy<br>(add'l) | 04/16/19 | K | | |
| 68. | | | | | Buy<br>(add'l) | 07/12/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McMahon, Colleen | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 10/18/19 | K | | |
| 70. Asling Investors III LP | G | Distribution | M | U | Sold<br>(part) | 02/04/19 | M | | See Note # 1 |
| 71. | | | | | Sold<br>(part) | 03/08/19 | O | | |
| 72. | | | | | Sold<br>(part) | 06/13/19 | K | | |
| 73. | | | | | Sold<br>(part) | 10/30/19 | K | | |
| 74. | | | | | Sold<br>(part) | 12/19/19 | K | | |
| 75. Eastern Growth Capital II LP | | None | L | U | Sold<br>(part) | 12/31/19 | J | | |
| 76. Eastern Growth Capital II LP(IRA) | | None | M | U | Sold<br>(part) | 12/31/19 | J | | |
| 77. Linx-Metaltech Co Investment LLC | | None | K | U | | | | | |
| 78. Olympus Capital Asia IV LP | | None | O | U | | | | | |
| 79. Safe Bulkers Inc (Com)(IRA) | | None | K | T | | | | | |
| 80. Towerbrook Investors III Executive Fund LP | | None | M | U | | | | | |
| 81. Invesco Equity Income FD A (401K) | | None | | | Sold | 09/27/19 | J | | |
| 82. First Republic Bank (Checking) | A | Interest | M | T | | | | | |
| 83. Kinderhook Capital Fund III LP | G | Distribution | O | U | Buy<br>(add'l) | 02/25/19 | K | | See Note # 1 |
| 84. | | | | | Buy<br>(add'l) | 07/09/19 | K | | |
| 85. | | | | | Sold<br>(part) | 10/15/19 | O | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McMahon, Colleen** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Rapid Ratings International Inc (Com) | | None | P2 | T | | | | | |
| 87. Parkstone Capital Partners LLC | | None | J | U | | | | | |
| 88. UBS Bank USA Dep MM (IRA) | B | Interest | M | T | | | | | |
| 89. Tailwind Capital Group LLC | | None | K | U | | | | | |
| 90. Empowered World Ventures LLC(Preferred A) | | None | | | Closed | 12/31/19 | | | See Note # 11 |
| 91. CSL Energy Opportunity Fd I LP | | None | L | U | Sold (part) | 06/26/19 | J | | |
| 92. Parkstone Capital Partners II LP | D | Distribution | M | U | Sold (part) | 01/04/19 | J | | See Note # 1 |
| 93. Highland Investment Group LLC | E | Distribution | K | U | Sold (part) | 09/09/19 | J | | See Note # 1 |
| 94. Artiman Venture Fund LP | | None | M | U | | | | | |
| 95. Docero LLC N/C EHP Ventures LLC | E | Distribution | O | U | | | | | See Note # 1 |
| 96. Collision Funding Partners LLC | | None | N | U | | | | | |
| 97. Figue Holdings LLC (Class B Common) | | None | J | T | | | | | |
| 98. JustFamily.Com,Inc(.Preferred Stock) | | None | N | T | | | | | |
| 99. Kenesto Corp (Preferred C) | | None | P1 | T | Buy (add'l) | 01/14/19 | K | | |
| 100. | | | | | Buy (add'l) | 01/22/19 | K | | |
| 101. | | | | | Buy (add'l) | 02/12/19 | K | | |
| 102. | | | | | Buy (add'l) | 02/28/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McMahon, Colleen** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 05/08/19 | K | | |
| 104. | | | | | Buy<br>(add'l) | 06/11/19 | K | | |
| 105. | | | | | Buy<br>(add'l) | 07/09/19 | K | | |
| 106. | | | | | Buy<br>(add'l) | 08/05/19 | K | | |
| 107. | | | | | Buy<br>(add'l) | 09/06/19 | L | | |
| 108. | | | | | Buy<br>(add'l) | 10/11/19 | L | | |
| 109. | | | | | Buy<br>(add'l) | 11/18/19 | L | | |
| 110. | | | | | Buy<br>(add'l) | 12/19/19 | L | | |
| 111. MogilityCapital Fund LP | | None | M | U | Sold<br>(part) | 10/08/19 | J | | |
| 112. OpenFin Inc.(Preferred Stock) | | None | N | T | | | | | |
| 113. Remedy Pharmaceuticals Inc | G | Dividend | P1 | T | Sold<br>(part) | 02/08/19 | M | | |
| 114. Cardflight Inc (Preferred) | E | Interest | O | T | Sold<br>(part) | 01/25/19 | K | | |
| 115. Fenway HTM Partners LLC | | None | | | Closed | 12/31/19 | | | See Note # 11 |
| 116. Gain Fitness Inc(Com) | | None | M | T | | | | | |
| 117. CMNet Inc (D/B/A iSeek Corp) Ser C<br>(Preferred) | | None | N | T | | | | | |
| 118. Linx RE-Co-Invest LLC | C | Interest | M | U | | | | | |
| 119. Linx III LP | F | Distribution | P1 | U | Sold<br>(part) | 08/27/19 | K | | See Note # 1 |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McMahon, Colleen** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold<br>(part) | 05/23/19 | M | | |
| 121. | | | | | Buy<br>(add'l) | 10/25/19 | M | | |
| 122. | | | | | Sold<br>(part) | 07/22/19 | J | | |
| 123.  Monaeo Inc(Conv. Promissory Note) | | None | O | T | | | | | |
| 124.  Romulus Capital II US Feeder LP | | None | N | U | | | | | |
| 125.  Linx-Grammer Co LLC | D | Distribution | J | U | Sold<br>(part) | 11/15/19 | J | | See Note # 1 |
| 126.  Tailwind Capital Partners II LP | | | | | | | | | See Note # 8 |
| 127.  --Diamondback Drugs of Delaware LLC | D | Distribution | K | U | Sold<br>(part) | 08/05/19 | J | | See Note # 1 |
| 128.  --Long's Drugs Inc | G | Distribution | O | U | Sold<br>(part) | 11/11/19 | P1 | | See Note # 1 |
| 129.  --Colony Hardware Corp | D | Distribution | O | U | Sold<br>(part) | 04/23/19 | K | | See Note # 1 |
| 130.  --Lieberman Research Worldwide LLC | G | Distribution | P1 | U | Sold<br>(part) | 02/12/19 | L | | See Note # 1 |
| 131. | | | | | Sold<br>(part) | 11/11/19 | K | | |
| 132. | | | | | Sold<br>(part) | 04/23/19 | J | | |
| 133.  --Premier Store Fixtures | | None | | | Closed | 12/31/19 | | | See Note # 11 |
| 134.  --TowerCo IV Holdings LLC | A | Distribution | J | U | Sold<br>(part) | 02/12/19 | O | | See Note # 1 |
| 135. | | | | | Sold<br>(part) | 04/23/19 | J | | |
| 136.  --Cumming Group LLC | F | Distribution | P1 | U | Buy<br>(add'l) | 06/03/19 | M | | See Note # 1 |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McMahon, Colleen** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br>(2)<br>Date<br>mm/dd/yy | <br>(3)<br>Value<br>Code 2<br>(J-P) | <br>(4)<br>Gain<br>Code 1<br>(A-H) | <br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Sold<br>(part) | 06/03/19 | M | | |
| 138. --Distinct Holdings Group,Inc (-dba Diversified ) | | None | P1 | U | | | | | |
| 139. --MetroGistics N/C Acertus | E | Distribution | P1 | U | Sold<br>(part) | 11/11/19 | N | | See Note # 1 |
| 140. --Stratix Corp | | None | P1 | U | | | | | |
| 141. --AST Corporation | | None | O | U | | | | | |
| 142. --DermaRite Industires LLC | | None | N | U | Buy<br>(add'l) | 06/03/19 | K | | |
| 143. --Edenbridge Pharmceuticals LLC | | None | P1 | U | | | | | |
| 144. --HMT Holdings Inc | G | Distribution | P1 | U | Sold<br>(part) | 12/31/19 | O | | See Note # 1 |
| 145. --TW Lone Peak Master LLC | E | Distribution | O | U | | | | | See Note # 1 |
| 146. Towerco 2013 Holdings LLC (X) | E | Distribution | | | Sold | 12/31/19 | K | | See Note # 1& Note # 3 |
| 147. Trust # 4 | | | | | | | | | See Note # 7 |
| 148. --Principal Global Diversified Income Fd Cl A | E | Dividend | P1 | T | Sold<br>(part) | 09/10/19 | O | E | |
| 149. --Thornburg Income Builders Cl 1 | G | Dividend | P1 | T | | | | | |
| 150. --Thornburg Global Opp Fd Cl 1 | E | Dividend | P1 | T | | | | | |
| 151. --Thornburg Intl Value Fd 1 | E | Dividend | O | T | | | | | |
| 152. --Thornburg Limited Term Inc Cl 1 | E | Dividend | P1 | T | | | | | |
| 153. --UBS Bank USA Dep Account | D | Interest | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McMahon, Colleen** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. --JP Morgan Checking | D | Interest | P1 | T | | | | | |
| 155. --Docero LLC N/C EHP Ventures LLC | C | Distribution | M | U | | | | | See Note # 1 |
| 156. --Microsoft Corp(Com) | E | Dividend | P1 | T | | | | | |
| 157. --Columbia Select Large Cap Growth FD | | None | | | Sold | 01/02/19 | P1 | | |
| 158. --Safebulkers Inc | | None | K | T | | | | | |
| 159. --Martin Pharmaceuticals,Inc(Convertible Note) | | None | M | T | | | | | |
| 160. --Kinderhook Capital Fund VI LP | | None | J | U | Buy | 12/31/19 | J | | |
| 161. --Alliance Bernstein Holdings LP MLP | D | Distribution | O | U | Buy | 09/10/19 | N | | See Note # 1 |
| 162. --Ares Capital Corp | E | Dividend | O | T | Buy | 09/10/19 | O | | |
| 163. ---Tailwind Capital Partners III LP | | | | | | | | | See Note # 10 |
| 164. --Smith Cooper International Inc N/C Anvil/ Smith Cooper | | None | N | U | Buy (add'l) | 10/10/19 | K | | |
| 165. | | | | | Buy (add'l) | 10/16/19 | M | | |
| 166. --Benevis Holding Corp | | None | L | U | Buy (add'l) | 08/16/19 | K | | |
| 167. --Abode Healthcare, Inc | G | Distribution | J | U | Sold (part) | 09/05/19 | N | | See Note # 1 |
| 168. | | | | | Buy (add'l) | 03/12/19 | M | | |
| 169. --Convergence Technologies,Inc | | None | L | U | Buy (add'l) | 06/10/19 | M | | |
| 170. | | | | | Buy (add'l) | 08/16/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McMahon, Colleen** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --Loenbro LLC | | None | M | U | Buy (add'l) | 08/16/19 | M | | |
| 172. --Banner Solutions | | None | M | U | Buy | 12/31/19 | M | | |
| 173. --Randys Worldwide Automotive Inc | | None | M | U | Buy | 10/10/19 | M | | |
| 174. --Ventiv Technlogy | | None | N | U | Buy | 12/31/19 | N | | |
| 175. --Invatron Systems | | None | M | U | Buy | 12/31/19 | M | | |
| 176. Trust # 3 | | | | | | | | | See Note # 7 |
| 177. --Thornburg Income Builders Cl 1 | F | Dividend | P1 | T | | | | | |
| 178. --Thornburg Global Opportunities Fd | E | Dividend | P1 | T | | | | | |
| 179. --Thornburg Intl Value Fd | F | Dividend | P1 | T | | | | | |
| 180. --UBS Bank USA -Depost Account | C | Interest | M | T | | | | | |
| 181. --SPC Intermex LP | G | Distribution | O | U | Sold (part) | 09/18/19 | N | | See Note # 1 |
| 182. --Tailwind Capital Partners III LP | | | | | | | | | See Note # 10 |
| 183. --Smith Cooper International Inc N/C Anvil/ Smith Cooper International | | None | M | U | Buy (add'l) | 10/10/19 | K | | |
| 184. | | | | | Buy (add'l) | 12/16/19 | L | | |
| 185. --Benevis Holding Corp | | None | K | U | Buy (add'l) | 08/16/19 | J | | |
| 186. --Abode Healthcare, Inc | F | Distribution | J | U | Buy (add'l) | 03/12/19 | L | | See Note # 1 |
| 187. | | | | | Sold (part) | 09/05/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --Convergence Technologies,Inc | | None | K | U | Buy (add'l) | 06/10/19 | L | | |
| 189. | | | | | Buy (add'l) | 08/16/19 | L | | |
| 190. --Loenbro LLC | | None | K | U | Buy (add'l) | 08/16/19 | L | | |
| 191. --Banner Solutions | | None | L | U | Buy | 12/31/19 | L | | |
| 192. --Randys Worldwide Automotive Inc | | None | L | U | Buy | 10/10/19 | M | | |
| 193. --Ventiv Technology | | None | M | U | Buy | 12/31/19 | M | | |
| 194. --Invatron Systems | | None | K | U | Buy | 12/31/19 | K | | |
| 195. Tailwind Capital Partners II (GP)LP | | | | | | | | | See Note # 8 |
| 196. --Colony Hardware Corp | D | Distribution | N | U | Sold (part) | 04/23/19 | J | | See Note # 1 |
| 197. --Cummings Group Inc | E | Distribution | P1 | U | Buy (add'l) | 06/03/19 | K | | See Note # 1 |
| 198. | | | | | Sold (part) | 06/03/19 | L | | |
| 199. --Diamondback Drugs of Delaware LLC | C | Distribution | N | U | Sold (part) | 08/05/19 | J | | See Note # 1 |
| 200. --Distinct Holdings Group,Inc(dba Diversified) | | None | P1 | U | | | | | |
| 201. --Long's Drugs Inc | G | Distribution | O | U | Sold (part) | 11/11/19 | N | | See Note # 1 |
| 202. --Lieberman Research Worldwide LLC | E | Distribution | P1 | U | Sold (part) | 02/12/19 | K | | See Note # 1 |
| 203. | | | | | Sold (part) | 11/11/19 | K | | |
| 204. --MetrogisticsLLC N/C Acertus | E | Distribution | P1 | U | Sold (part) | 11/11/19 | M | | See Note # 1 |

1 Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2 Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3 Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **McMahon, Colleen** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. --Premier Store Fixtures,LLC | | None | | | Closed | 12/31/19 | | | See Note # 11 |
| 206. --Stratix Corp | | None | O | U | | | | | |
| 207. --Towerco 2013 Holdings LLC (X) | D | Distribution | | | Sold | 12/17/19 | J | | See Note # 1 & Note # 3 |
| 208. --TowerCo IV Holdings LLC | G | Distribution | K | U | Sold (part) | 04/23/19 | J | | See Note # 1 |
| 209. | | | | | Sold (part) | 02/12/19 | M | | |
| 210. | | | | | Sold (part) | 12/31/19 | J | | |
| 211. --AST Corporation | | None | N | U | | | | | |
| 212. --DermaRite Industries LLC | | None | N | U | | | | | |
| 213. --Edenbridge Pharmaceuticals LLC | | None | O | U | | | | | |
| 214. --HMT Holdings Inc | | None | P1 | U | Sold (part) | 12/31/19 | M | | |
| 215. --TW Lone Peak Master LLC | C | Distribution | N | U | | | | | See Note # 1 |
| 216. The Yard (Promissory Note) | C | Interest | L | T | | | | | |
| 217. RGI Partners B LP | E | Distribution | N | U | Sold (part) | 04/11/19 | K | | See Note # 1 |
| 218. Radius Networks Inc (Com) | | None | O | T | | | | | |
| 219. Safebulkers Ser D 8 % Preferred | E | Dividend | M | T | | | | | |
| 220. ChartIQ LLC | | None | N | U | | | | | |
| 221. Transplant Genomics Inc (Convertible Note) | | None | N | T | Sold (part) | 05/31/19 | M | F | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McMahon, Colleen** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. Transplant Genomics Inc( Preferred A) | | None | M | T | Sold<br>(part) | 05/31/19 | M | F | |
| 223. Real Endpoints LLC | | None | O | U | | | | | |
| 224. Valuestream Development Lab Fund LLC | | None | M | U | | | | | |
| 225. Romulus Placester Special Opportunity Fd | | None | L | U | | | | | |
| 226. Grove Hospitality Asia GP LLC | | None | J | U | | | | | |
| 227. Grove Hospitality Europe GP LLC | A | Distribution | J | U | Sold<br>(part) | 08/02/19 | J | | See Note # 1 |
| 228. Grove Aurelis II GP LLC | F | Distribution | N | U | Sold<br>(part) | 02/01/19 | J | | See Note # 1 |
| 229. | | | | | Sold<br>(part) | 04/11/19 | K | | |
| 230. | | | | | Sold<br>(part) | 05/23/19 | J | | |
| 231. GN WMC LLC | | None | K | U | Sold<br>(part) | 08/13/19 | J | | |
| 232. Romulus Cohealo Special Opportunity Fund LP | | None | M | U | | | | | |
| 233. Invesco International Growth A (401k) | | None | | | Sold | 09/18/19 | M | | See Note # 6 |
| 234. Safebulkers Inc (Ser C Preferred) (IRA) | D | Dividend | M | T | | | | | |
| 235. Personalized Cancer Therapy Inc (Com) d/b/a( PERTHA) | | None | O | T | | | | | |
| 236. Romulus ELC B3 Special Opportunity LP | | None | M | U | | | | | |
| 237. Sommetrics. Inc (Preferred Ser B) | | None | N | T | | | | | |
| 238. Sensai Corp (Converitible Note) | | None | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McMahon, Colleen** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.  Cycle Pharmaceuticals LTD (Ser A Shares) | | None | P1 | T | | | | | |
| 240.  Free ATM Inc (Ser A Preferred) | | None | K | T | | | | | |
| 241.  Engage Simply Inc (Convertible Note) | | None | K | T | | | | | |
| 242.  Build and Imagine LLC | | None | J | U | | | | | |
| 243.  SpireCube LLC | | None | | | Closed | 12/31/19 | J | | See Note # 11 |
| 244.  Linx-Transpro Co-Invest LLC | D | Distribution | M | U | Sold<br>(part) | 12/31/19 | J | | See Note # 1 |
| 245.  Linx-Gullett Co-Invest LLC | | None | M | U | | | | | |
| 246.  50 Mast LLC | | None | M | U | | | | | |
| 247.  AG Team Partners LLC | D | Distribution | M | U | | | | | See Note # 1 |
| 248.  AG Team Partnners III LP | | None | M | U | Buy<br>(add'l) | 07/25/19 | J | | |
| 249. | | | | | Sold<br>(part) | 07/26/19 | J | | |
| 250.  CSL Energy Opp Fund II LP | G | Distribution | P1 | U | Sold<br>(part) | 02/04/19 | N | | See Note # 1 |
| 251.  Estimize Inc (Ser B Preferred) | | None | M | T | | | | | |
| 252.  Grotech Ventures III LP | | None | O | U | Buy<br>(add'l) | 01/16/19 | J | | |
| 253. | | | | | Buy<br>(add'l) | 04/25/19 | K | | |
| 254. | | | | | Buy<br>(add'l) | 07/15/19 | K | | |
| 255. | | | | | Buy<br>(add'l) | 10/22/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McMahon, Colleen** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  Karma Culture LLC | | None | M | U | | | | | |
| 257.  Kinderhook Capital Fund IV | | None | P2 | U | Buy<br>(add'l) | 03/25/19 | K | | |
| 258. | | | | | Buy<br>(add'l) | 06/12/19 | L | | |
| 259. | | | | | Buy<br>(add'l) | 10/14/19 | K | | |
| 260. | | | | | Sold<br>(part) | 07/01/19 | M | | |
| 261. | | | | | Sold<br>(part) | 10/24/19 | M | | |
| 262.  Linx-CPT Co Invest LLC | B | Interest | L | U | Sold<br>(part) | 01/02/19 | J | | |
| 263. | | | | | Sold<br>(part) | 04/11/19 | J | | |
| 264. | | | | | Sold<br>(part) | 07/05/19 | J | | |
| 265. | | | | | Sold<br>(part) | 10/08/19 | J | | |
| 266.  Logic9S LLC (Conv Promissory Note) | E | Interest | | | Sold<br>(part) | 05/14/19 | M | F | |
| 267. | | | | | Sold | 12/23/19 | M | G | |
| 268.  Oxy Docs, Inc (Conv Promissory Note) | | None | O | T | | | | | |
| 269.  Olympus Capital Asia Fd V LP | E | Distribution | P1 | U | Buy<br>(add'l) | 03/15/19 | M | | See Note # 1 |
| 270. | | | | | Buy<br>(add'l) | 06/26/19 | M | | |
| 271.  Aila. (Ser A Preferred) N/C Aila | | None | M | T | | | | | |
| 272.  Romulus Capital III (US) Feeder LP | | None | P1 | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McMahon, Colleen** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. Perry Lane LLC | | None | N | U | | | | | |
| 274. Slingshot Insights Inc (Conv. Promissory Note) | D | Interest | M | T | | | | | |
| 275. Syndicated Loan Direct Inc (Conv. Promissory Note) | | None | | | Closed | 12/31/19 | | | See Note # 11 |
| 276. TBCP Jacksonville LLC | | None | J | U | | | | | |
| 277. TernPro Inc (Conv Promissory Note &Preferred Stock) | | None | | | Sold | 01/14/19 | M | E | |
| 278. Terafina Inc (Conv Promissory Note) | | None | N | T | | | | | |
| 279. Home Team Marketing LLC (Senior Promissory Notes ) | E | Interest | | | Closed | 12/31/19 | | | See Note # 11 |
| 280. Highland Resort At the Peaks LLC | E | Distribution | M | U | Sold<br>(part) | 09/03/19 | K | | See Note # 1 |
| 281. Edward Jones Retirement MM(IRA) | A | Dividend | J | T | | | | | |
| 282. Fidelity (Cash) | A | Interest | J | T | | | | | |
| 283. Figue Holdings LLC | | None | J | U | | | | | |
| 284. Gain Fitness Inc(Conv Note) | | None | J | T | | | | | |
| 285. Aisling Capital IV LP | F | Distribution | P1 | U | Buy<br>(add'l) | 03/19/19 | L | | See Note # 1 |
| 286. | | | | | Buy<br>(add'l) | 04/26/19 | J | | |
| 287. | | | | | Buy<br>(add'l) | 05/21/19 | L | | |
| 288. | | | | | Buy<br>(add'l) | 06/12/19 | L | | |
| 289. | | | | | Buy<br>(add'l) | 12/10/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. | | | | | Sold<br>(part) | 09/26/19 | K | | |
| 291.  Canal Logix LLC | | None | | | Closed | 12/31/19 | | | See Note # 11 |
| 292.  Collision Funding Partners LLC (Note) | | None | K | T | | | | | |
| 293.  Linx-Elite Co Invest LLC | C | Interest | M | U | Sold<br>(part) | 03/28/19 | K | | |
| 294. | | | | | Sold<br>(part) | 04/11/19 | K | | |
| 295. | | | | | Sold<br>(part) | 01/02/19 | J | | |
| 296. | | | | | Sold<br>(part) | 07/18/19 | J | | |
| 297. | | | | | Sold<br>(part) | 10/08/19 | J | | |
| 298.  Linx-Nebr Co Invest LLC | | None | N | U | | | | | |
| 299.  Romulus Estify Sp Opportunity LP | | None | M | U | | | | | |
| 300.  Romulus Growth Cogito LP | | None | M | U | | | | | |
| 301.  Strategic Alternative Fund Group LLC | | None | L | U | | | | | |
| 302.  Parkstone Capital Partners IV Holdings LP | | None | M | U | | | | | |
| 303.  Linx Q Liquidating Tr | | None | | | Sold | 12/31/19 | J | | |
| 304.  Fulling Mills LLC | | None | O | U | | | | | |
| 305.  Ram Realty IV LP | | None | P1 | U | Buy<br>(add'l) | 02/05/19 | L | | |
| 306. | | | | | Buy<br>(add'l) | 04/26/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McMahon, Colleen** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 09/12/19 | J | | |
| 308. | | | | | Sold (part) | 12/31/19 | K | | |
| 309.  Alpine-Gleenwood LP | | None | K | U | | | | | |
| 310.  BigID Inc(Conv Note) | | None | M | T | | | | | |
| 311.  Lending Front Inc (Conv Note) | | None | M | T | | | | | |
| 312.  Mine One GMBH (Ser A sh) (IRA) | | None | M | T | | | | | |
| 313.  Relationship Capital Partners Inc (Conv Notes) | | None | O | T | | | | | |
| 314.  PHRP LLC | | | | | | | | | See Note # 9 |
| 315.  --Shareablee Inc (Ser A Pref) | | None | P1 | T | | | | | See Note # 9 |
| 316.  Skyfront Corp (Note Rec) | | None | K | T | | | | | |
| 317.  SPC Intermex LP | G | Distribution | O | U | Sold (part) | 09/18/19 | N | | See Note # 1 |
| 318.  Yingo Yango Inc (Ser A Pref) | | None | | | Closed | 12/31/19 | | | See Note # 11 |
| 319.  American Fund Cap Inc (401K) | | None | | | Sold | 09/27/19 | M | | See Note # 6 |
| 320.  UBS Bank USA Deposit Ac | A | Interest | K | T | | | | | |
| 321.  312 Atlantic Ave LLC | | None | M | U | Sold (part) | 01/24/19 | K | | |
| 322. | | | | | Sold (part) | 08/02/19 | J | | |
| 323.  Flank 71 Smith LLC | | None | O | U | Sold (part) | 01/24/19 | N | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. | | | | | Sold<br>(part) | 08/02/19 | L | | |
| 325. | | | | | Sold<br>(part) | 11/14/19 | L | | |
| 326. UBS Bank USA BUS ACCT(Foundation # 1) | A | Interest | K | T | | | | | |
| 327. Cyriline Morgan (Personal Note) | C | Interest | M | T | | | | | |
| 328. Loch Lomond Golf Club(Ser C) | | None | M | T | | | | | |
| 329. UBS Bank USA Dept Ac (IRA) | A | Interest | M | T | | | | | |
| 330. Thornburg Global Oppy Fd CL A(IRA) | D | Dividend | N | T | | | | | |
| 331. American Balanced Fund Inc (IRA) | D | Dividend | N | T | | | | | |
| 332. American Fund Global Balanced (IRA) | D | Dividend | N | T | | | | | |
| 333. Nucana PLC GBR (IRA) | | None | P2 | T | Sold<br>(part) | 03/20/19 | L | E | |
| 334. | | | | | Sold<br>(part) | 04/03/19 | L | E | |
| 335. | | | | | Sold<br>(part) | 05/08/19 | L | F | |
| 336. Relationship Capital Partners (IRA)<br>(Convertible Promissory Note) | | None | L | T | | | | | |
| 337. ERA Investor Fund 6 LP | | None | M | U | Sold<br>(part) | 12/20/19 | J | | |
| 338. Groupize Inc (Ser A-2 pfd) | | None | O | T | Buy<br>(add'l) | 03/25/19 | M | | |
| 339. Medaptive Health Inc (Conv Prom) | | None | L | T | Buy<br>(add'l) | 01/24/19 | K | | |
| 340. | | | | | Buy<br>(add'l) | 05/14/19 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| **McMahon, Colleen** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. | | | | | Buy<br>(add'l) | 07/25/19 | K | | |
| 342. Poliwogg Holdings Inc (Ser B Conv<br>Prefered) | | None | | | Closed | 12/31/19 | | | See Note # 11 |
| 343. Shiftsmart Inc (Ser AA Preferred) | | None | M | T | | | | | |
| 344. BondCliQ Inc (Conv Promissory Note) | | None | L | T | Buy<br>(add'l) | 04/01/19 | L | | |
| 345. Canal Logic 2 LLC | | None | | | Closed | 12/31/19 | | | See Note # 11 |
| 346. Nextremity Solutions Inc (Ser B Preferred) | | None | O | T | Buy<br>(add'l) | 05/22/19 | O | | |
| 347. TG& L Holdings LLC(Convertible Note) | | None | O | T | Buy<br>(add'l) | 09/17/19 | K | | |
| 348. Entrepreneurs Expansion Fund III LP | | None | N | U | Buy<br>(add'l) | 04/11/19 | K | | |
| 349. | | | | | Buy<br>(add'l) | 07/26/19 | K | | |
| 350. | | | | | Buy<br>(add'l) | 11/08/19 | K | | |
| 351. KInderhook V LP | | None | P1 | U | Buy<br>(add'l) | 01/28/19 | M | | |
| 352. | | | | | Buy<br>(add'l) | 04/15/19 | N | | |
| 353. | | | | | Buy<br>(add'l) | 06/12/19 | M | | |
| 354. | | | | | Buy<br>(add'l) | 06/19/19 | N | | |
| 355. | | | | | Buy<br>(add'l) | 10/15/19 | O | | |
| 356. | | | | | Sold<br>(part) | 12/02/19 | M | | |
| 357. Valuestream Ventures 2017 LLC | | None | O | U | Buy<br>(add'l) | 05/06/19 | M | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McMahon, Colleen** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358. | | | | | Buy<br>(add'l) | 06/24/19 | K | | |
| 359. | | | | | Buy<br>(add'l) | 09/11/19 | M | | |
| 360. Workbench Ventures III LLC | | None | M | U | Buy<br>(add'l) | 04/04/19 | K | | |
| 361. | | | | | Buy<br>(add'l) | 08/01/19 | K | | |
| 362. 71 Smith Retail Venture LLC | | None | O | U | Sold<br>(part) | 10/09/19 | L | | |
| 363. | | | | | Buy<br>(add'l) | 06/12/19 | M | | |
| 364. First Republic Checking | A | Interest | M | T | | | | | |
| 365. Generation Tux (Ser D-2 Preferred) | A | Interest | M | T | | | | | |
| 366. Seventh Sibling LLC (Promissory Note) | | None | K | T | | | | | |
| 367. RGI Recap Partners LLC | G | Distribution | P1 | U | Sold<br>(part) | 04/11/19 | N | | See Note # 1 |
| 368. Parkstone Capital Partners III LP | | None | N | U | | | | | |
| 369. 1101 Grundy Property Owner LLC | | None | O | U | | | | | |
| 370. Adaptive Management Inc (Convertible Promissory Note) | | None | M | T | Buy<br>(add'l) | 03/05/19 | K | | |
| 371. Bioxcel Therapeutics Inc (Com) | | None | | | Donated<br>(part) | 04/09/19 | M | | To line # 437 See Note # 5 |
| 372. | | | | | Sold<br>(part) | 04/01/19 | K | D | |
| 373. | | | | | Sold<br>(part) | 04/22/19 | J | C | |
| 374. | | | | | Sold<br>(part) | 04/23/19 | L | E | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McMahon, Colleen** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375. | | | | | Sold<br>(part) | 06/25/19 | M | E | |
| 376. | | | | | Sold | 06/26/19 | K | D | |
| 377. Blue Systems A.Y. Ltd (Ordinary) DBA<br>Gabriel Networks | | None | K | T | | | | | |
| 378. B Hospitality Corp (Series Seed Preferred) | | None | L | T | Buy<br>(add'l) | 07/25/19 | K | | |
| 379. Felix Gray Inc (Ser A-1 Preferred) | | None | M | T | Buy<br>(add'l) | 12/10/19 | J | | |
| 380. findSisterhood Inc (Convertible Promissory<br>Note) | | None | N | T | Buy<br>(add'l) | 05/20/19 | L | | |
| 381. | | | | | Buy<br>(add'l) | 03/11/19 | L | | |
| 382. LA Aloe LLC | | None | M | U | | | | | |
| 383. Linx-CTAM Co-Invest, LLC | C | Interest | M | U | Sold<br>(part) | 01/02/19 | J | | |
| 384. | | | | | Sold<br>(part) | 04/11/19 | J | | |
| 385. | | | | | Sold<br>(part) | 07/15/19 | J | | |
| 386. Plum Alley Syndicate XIII LLC | | None | M | U | | | | | |
| 387. Vitalis LLC | | None | M | U | | | | | |
| 388. Ladder Capital Corp (Com) (IRA) | E | Dividend | N | T | Sold<br>(part) | 03/21/19 | J | | |
| 389. AG Team Partners II LP | | None | M | U | | | | | |
| 390. Martin Pharmaceuticals Inc (Convertible<br>Promissory Note) | | None | M | T | | | | | |
| 391. Clarke (Mortgage) N/C | E | Interest | N | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| **McMahon, Colleen** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. MiMeetings d/b/a 242 LLC (Convertible Promissory Note) | | None | L | T | | | | | |
| 393. Modumental Inc (Convertible Promissory Note) | | None | L | T | | | | | |
| 394. Popin Inc (Series Seed Preferred) | | None | N | T | | | | | |
| 395. Second Screen Inc (Convertible Promissory Note) | | None | M | T | Buy (add'l) | 09/27/19 | K | | |
| 396. | | | | | Buy (add'l) | 04/22/19 | K | | |
| 397. SPC Vereco LP | | None | M | U | Buy (add'l) | 02/25/19 | M | | |
| 398. Tallarium Limited (Preferred Shares) | | None | M | T | | | | | |
| 399. The Square Foot Inc (Series A Preferred) | | None | O | T | Buy (add'l) | 11/12/19 | M | | |
| 400. Threshing Floor Security Inc (Series Seed Preferred) | | None | | | Closed | 12/31/19 | | | See Note # 11 |
| 401. xtra Chef Inc(Note) | | None | M | T | Buy (add'l) | 06/03/19 | K | | |
| 402. Docero LLC ( Promissory Note) N/C EHP Ventures LLC | | None | M | T | | | | | |
| 403. Mine One Gmbh (Series B) | | None | K | T | | | | | |
| 404. Tailwind III LP | | | | | | | | | See Note # 10 |
| 405. --Smith Cooper International Inc N/C Anvil/ Smith Cooper International | | None | P1 | U | Buy (add'l) | 10/10/19 | M | | |
| 406. | | | | | Buy (add'l) | 10/16/19 | O | | |
| 407. --Benevis Holding Corp | | None | M | U | Buy (add'l) | 08/16/19 | M | | |
| 408. --Abode Healthcare Inc | G | Distribution | J | U | Buy (add'l) | 03/12/19 | O | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McMahon, Colleen** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold (part) | 09/05/19 | P1 | | |
| 410. --Convergence Technologies Inc | | None | N | U | Buy (add'l) | 06/10/19 | N | | |
| 411. | | | | | Buy (add'l) | 08/16/19 | L | | |
| 412. --Loenbro LLC | | None | N | U | Buy (add'l) | 08/16/19 | O | | |
| 413. --Banner Solutions | | None | O | U | Buy | 12/31/19 | O | | |
| 414. --Randys Worldwide Automotive Inc | | None | O | U | Buy | 10/10/19 | O | | |
| 415. --Ventiv Technology | | None | P1 | U | Buy | 12/31/19 | P1 | | |
| 416. --Invatron Systems | | None | N | U | Buy | 12/31/19 | N | | |
| 417. Tailwind III GP LP | | | | | | | | | See Note # 10 |
| 418. --Smith Cooper International Inc N/c Anvil/ Smith Cooper | | None | N | U | Buy (add'l) | 06/10/19 | J | | |
| 419. | | | | | Buy (add'l) | 10/10/19 | J | | |
| 420. | | | | | Buy (add'l) | 10/16/19 | K | | |
| 421. --Benevis Holding Corp | | None | K | U | Buy (add'l) | 08/16/19 | J | | |
| 422. --Abode Healthcare Inc | F | Distribution | L | U | Buy (add'l) | 03/12/19 | K | | See Note # 1 |
| 423. | | | | | Sold (part) | 09/06/19 | L | | |
| 424. --Convergence Technologies Inc | | None | L | U | Buy (add'l) | 06/10/19 | K | | |
| 425. | | | | | Buy (add'l) | 08/16/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. --Loenbro LLC | | None | M | U | Buy (add'l) | 08/06/19 | J | | |
| 427. --Banner Solutions | | None | M | | Buy | 12/31/19 | M | | |
| 428. --Randys Worldwide Automotive Inc | | None | M | U | Buy | 10/10/19 | K | | |
| 429. --Ventiv Technology | | None | M | | Buy | 12/31/19 | M | | |
| 430. --Invatron Systems | | None | L | | Buy | 12/31/19 | L | | |
| 431. UBS Liquid Asset Gov't Fund(IRA) | | None | | | Sold | 03/21/19 | O | | |
| 432. JP Morgan -Pound Sterling | | None | | | Sold | 03/20/19 | L | A | |
| 433. adTheorent Inc(X) | C | Distribution | | | Sold | 10/08/19 | J | | See Note # 1 & Note # 3 |
| 434. E LaCarte Inc (Convertible Promissory Notes) N/C Presto | | None | N | T | | | | | |
| 435. Kohls Corp (Foundation # 1) | B | Dividend | | | Spinoff (from line 45) | 03/20/19 | M | | See Note # 5 |
| 436. | | | | | Sold | 03/20/19 | M | | |
| 437. Bioxcel Therapeutics (Foundation # 1) | | None | | | Spinoff (from line 371) | 04/09/19 | M | | See Note # 5 |
| 438. | | | | | Sold | 04/10/19 | M | E | |
| 439. Airbud Technologies Inc( Seed Series Preferred) | | None | M | T | Buy | 07/15/19 | M | | |
| 440. Aising V LP | | None | M | U | Buy | 08/15/19 | M | | |
| 441. | | | | | Buy (add'l) | 12/12/19 | O | | |
| 442. Apteo Inc ((Series Seed 1 Preferred) | | None | M | T | Buy | 10/31/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McMahon, Colleen** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443.  Ares Capital Corp (Com) (IRA) | E | Dividend | N | T | Buy | 05/17/19 | N | | |
| 444.  EVZDRP Inc (Convertible Note) | | None | K | T | Buy | 02/11/19 | K | | |
| 445.  Flank GP Fund | | None | P1 | U | Buy | 05/17/19 | O | | |
| 446. | | | | | Buy<br>(add'l) | 07/24/19 | O | | |
| 447. | | | | | Buy<br>(add'l) | 09/26/19 | P1 | | |
| 448.  Linx-TGS Co-Invest LLC | C | Distribution | M | U | Buy | 03/06/19 | M | | See Note # 1 |
| 449. | | | | | Sold<br>(part) | 08/08/19 | J | | |
| 450. | | | | | Sold<br>(part) | 11/04/19 | J | | |
| 451.  Braveheart Wireless Inc(Ser A Preferred) | | None | M | T | Buy | 03/15/19 | M | | |
| 452.  Nucleus Data and Analytics Inc (Com) | | None | M | T | Buy | 06/21/19 | M | | |
| 453.  Jifiti.COM Inc (Seed Ser) | | None | M | T | Buy | 12/09/19 | M | | |
| 454.  242 LLC DBA Event Ground Global | | None | L | U | Buy | 12/02/19 | L | | |
| 455.  Kinderhook VI LP | | None | J | U | Buy | 12/31/19 | J | | |
| 456.  Ogilvie Family LP (Promissory Note) | D | Interest | N | T | Buy | 06/24/19 | N | | See Note # 12 |
| 457.  VRMarket Data LLC (Ser B Preferred) | | None | N | T | Buy | 05/06/19 | N | | |
| 458.  Green Africa/Green White Group Limited | | None | M | T | Buy | 01/31/19 | M | | |
| 459.  Vanguard Group (401K) | | | | | | | | | See Note # 6 |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McMahon, Colleen** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460.  --Vanguard Life Strategy Growth Inv | | None | M | T | Buy | 09/30/19 | M | | |
| 461.  --DFA TA Wrld ex US Core Equity Port | | None | M | T | Buy | 09/30/19 | M | | |
| 462.  Sayspring (X) | | None | | | Sold | 04/12/19 | K | E | See Note # 3 |
| 463. | | | | | | | | | |
| 464. | | | | | | | | | |
| 465. | | | | | | | | | |
| 466. | | | | | | | | | |
| 467. | | | | | | | | | |
| 468. | | | | | | | | | |
| 469. | | | | | | | | | |
| 470. | | | | | | | | | |
| 471. | | | | | | | | | |
| 472. | | | | | | | | | |
| 473. | | | | | | | | | |
| 474. | | | | | | | | | |
| 475. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note #1
Explanation Re:Section VII ,
Item #'24,37,38,51,53,59,70,83,92,93,95,119,125,127,128,129,130,134,136,139,144,145,146,155,161,167,181,186,196,197,199,201,202,204,207,208,215,217,227
228,244,247,250,269,280,285,317,367,422,433,448


Investments in Limited partnerships usually contain more than one type of income. For income valuation purposes,the various amounts were combined to determine the amount code in column B(1)
The type of income in column B(2)is labeled "distribution",to denote more then one category of income  indicated on schedule K-1 was received from the partnership.
The income is not always distributed in the year it was earned. In those instances, column's D(1) thru D (4) are left blank.


Note # 2
Explanation Section VII
Item # 26

Menemsha Capital Partners Ltd is a Sub-chapter S corporation owned 100%  by Judge McMahon's

Note # 3
Explanation Section VII
Item # 146,207,433,462

 Escrow income subject to various contingencies was received during 2019. The applicable investment was  sold in prior years. The remaining cost of the investment was zero.
.

Note # 4
Explanation Section  VII
Item  #  54-58,60-64

The Judge's          is a  Partner  of Tailwind Capital Partners LP and Tailwind Capital Partners (GP) LP .These  partnerships have ownership  interests in the companies listed under  Tailwind Capital Partners LP and Tailwind Capital Partners (GP) LP.
 Due to revised reporting requirements the income and gross value at the end of the reporting period is separately listed.
In addition, the purchase and sale information is also listed by underlying asset. The Limited Partnership(LP) and General Partnership (GP LP) have ownership interests in the same companies.

Note # 5
Explanation Section VII
Item # 45,371,435,437

These shares were  donated  to Foundation # 1. This information  is noted as "Donated"  in Column D(1). The date the shares were donated is listed in Column D(2). The value in Column D(3) is the distributee's  fair market value on the
date of the donation. The shares received by Foundation # 1 are listed as "Spinoff"  in Column D(1) The date of the distribution is listed in Column D (2), and the  Value of the shares listed in Column D(3) is the fair market value on the date of the distribution.

Note # 6
Explanation Section VII
Item # 233,319,459

The assets in the 401k were sold during 2019 and the cash was transferred to a new 401 K maintained by The Vanguard Group.

Note # 7
Explanation Section VII
Item # 147-194

The Judge's husband created two trusts- Trust # 3 and Trust # 4. He is the Grantor and Trustee of these trusts. The  income reported by the trusts are taxed to the Grantor. The benficiaries of the trusts are the Judge's                      .
Due to revised reporting requirements the income and gross value at the end of the reporting period is separately listed.
In addition, the purchase and sale information is also listed by underlying asset.

See Note # 8
Explanation Section VII
Item # 126-146,195-215

The Judge's husband is a Partner of Tailwind Capital Partners II LP and Tailwind Capital Partners II (GP) LP. The partnerships have ownership interests

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

in the companies listed . Due to revised reporting requirements the income and gross value at the end of the reporting period is separately listed.
In addition, the purchase and sale information is also listed by underlying asset. The Limited Partnership (LP)  and General Partnership (GP LP) have ownership interests in the same companies.
.
Note # 9
Explanation Section VIII
Item # 314-315

The Judge's _____ created a single member LLC to hold various investments. The current  investment is listed below the LLC on line # 315.

See Note # 10
Explanation Section VII
Item # 163-175,182-194,404-430

The Judge's _____ is a  Partner of Tailwind Capital Partners III LP and Tailwind Capital Partners III (GP) LP. The partnerships have ownership interests in the companies listed . Due to revised reporting requirements the income and gross value at the end of the reporting period is separately listed.
In addition, the purchase and sale information is also listed by underlying asset.
The Limited Partnership (LP) and General Partnership (GP LP)  have ownership interests in the same companies. Trust # 3 and Trust # 4 are also partners in Tailwind Capital Partners III LP.
The assets that are owned by the partnership are listed in the appropriate section of the report.
.

See Note # 11
Explanation Section VII
Item #'s 65,90,115,133,205,243,275,279,291,318,342,345,400

These investments are worthless as of December 31, 2019. The assets are listed as "Closed" in Column D(1). The date in Column D(2) is December 31, 2019.
The value in Column D(3) is blank, since no value is attritibuted to the worthless investments.

See Note # 12
Explanation Section VIII
Item # 13,456

The rental property was sold in 2019. The checking account remained open due to the  Seller finaced promissory note , that was part of the Sale transaction. The property had not been rented in
more then 10 years.

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/14/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Colleen McMahon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544